

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-18-00631-CR

Bruno Lewis **TOVAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2662-CR-B
Daniel H. Mills, Judge Presiding

# O R D E R

Terri Robason's notification of late record is hereby noted. The reporter's record is due no later than February 8, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court